IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG DIVISION

ANITA M. GEORGE, RODERICK R.
GEORGE, SYLAS RYAN TRUMAN
GEORGE, an infant, and MAZZIE G.
GEORGE, an infant member of the
household of Anita M. George and
Roderick R. George, her psychological
parents and custodians,

    Plaintiffs,

v.

CIVIL ACTION NO. 1:07-cv-90
JUDGE: Irene Keeley

LABORATORY CORPORATION
OF AMERICA HOLDINGS, a Delaware
Corporation, LARENDA JOHNSON,
JASMIN OSMAN, JOHN DOE, which is
a pseudonym for a presently unknown
person, JANE DOE, which is
a pseudonym for a presently unknown
person and UNKNOWN OTHERS,

    Defendants.

FILED
AUG 14 2007
U.S. DISTRICT COURT
CLARKSBURG, WV 26301

### ORDER GRANTING PRO HAC VICE ADMISSION OF STACY K. WOOD

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Stacy K. Wood, it is **ORDERED** that the Application for Admission *Pro Hac Vice* of Stacy K. Wood be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the Defendants.

ENTER: August 14, 2007

Honorable Irene M. Keeley

7