IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ANITA M. GEORGE, RODERICK R. GEORGE,
SYLAS RYAN TRUMAN GEORGE, an infant,
and MAZZIE G. GEORGE, an infant
member of the household of Anita M.
George and Roderick R. George, her
psychological parents and custodians,**

      **Plaintiffs,**

v. // CIVIL ACTION NO. 1:07CV90
                                        (Judge Keeley)

**LABORATORY CORPORATION OF AMERICA
HOLDINGS, a Delaware Corporation,
LARENDA JOHNSON, JASMIN OSMAN, JOHN
DOE, which is a pseudonym for a
presently unknown person, JANE DOE,
which is a pseudonym for a presently
unknown person and UNKNOWN OTHERS,**

      **Defendants.**

**ORDER DENYING DEFENDANTS' MOTION FOR RESPONSIBLE
LOCAL ATTORNEY TO BE EXCUSED FROM ROUTINE
COURT HEARINGS OR PROCEEDINGS**

On September 10, 2007, counsel for the defendants filed a Motion for Responsible Local Attorney Be Excused from Routine Court Hearings or Proceedings. For reasons appearing to the Court, the Court **DENIES** the defendants' motion (Docket No. 18).

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 13, 2007.

                                              /s/ Irene M. Keeley
                                              IRENE M. KEELEY
                                              UNITED STATES DISTRICT JUDGE