IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ANITA M. GEORGE, RODERICK R. GEORGE,
SYLAS RYAN TRUMAN GEORGE, an infant,
and MAZZIE G. GEORGE, an infant
member of the household of Anita M.
George and Roderick R. George, her
psychological parents and custodians,

      Plaintiffs,

v.     //   CIVIL ACTION NO. 1:07CV90
               (Judge Keeley)

LABORATORY CORPORATION OF AMERICA
HOLDINGS, a Delaware Corporation,
et al,
      Defendants.

## ORDER RESCHEDULING SCHEDULING CONFERENCE

For reasons appearing to the Court, the scheduling conference previously set for **September 17, 2007 at 11:30 a.m.**, is **RESCHEDULED** for **September 19, 2007 at 3:00 p.m.** at the **Clarksburg, West Virginia**, point of holding court. Counsel may appear by telephone. If the scheduling conference is to be by telephone, the Court directs lead counsel for the plaintiff, LaVerne Sweeney, to initiate the call to **(304)624-5850**. Counsel for defendants shall notify plaintiff's counsel no later than 2:00 p.m. on September 18, 2007 of the number where they may be reached at the time of the call.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 13, 2007.

                            /s/ Irene M. Keeley
                            IRENE M. KEELEY
                            UNITED STATES DISTRICT JUDGE