IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**ANITA M. GEORGE, RODERICK R. GEORGE,
SYLAS RYAN TRUMAN GEORGE, an infant,
and MAZZIE G. GEORGE, an infant
member of the household of Anita M.
George and Roderick R. George, her
psychological parents and custodians,**

          **Plaintiffs,**

v.                           //     CIVIL ACTION NO. 1:07CV90
                                           (Judge Keeley)

**LABORATORY CORPORATION OF AMERICA
HOLDINGS, a Delaware Corporation,
LARENDA JOHNSON, JASMIN OSMAN, JOHN
DOE, which is a pseudonym for a
presently unknown person, JANE DOE,
which is a pseudonym for a presently
unknown person and UNKNOWN OTHERS,**

          **Defendants.**

            **ORDER FOLLOWING SEPTEMBER 19, 2007 HEARING**

     On September 19, 2007, the Court conducted a scheduling conference in the above-styled case. For reasons stated on the record, the Court **ORDERED** the Plaintiffs to submit any additional memoranda in opposition to the defendant's motion to dismiss plaintiff's retaliatory discharge claim on or before **TUESDAY, OCTOBER 9, 2007**. If Defendant chooses to respond, Defendant must submit any additional memoranda in support of their position by **Monday, October 15, 2007.**

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: September 20, 2007.

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE